POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for City of Miami Fire Fighters'
and Police Officers' Retirement Trust*

(*additional counsel on signature page*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>                    v.<br><br>OKTA, INC., TODD MCKINNON, BRETT TIGHE, MICHAEL KOUREY, WILLIAM E. LOSCH, and DAVID BRADBURY,<br><br>                              Defendants. | Case No.: 3:22-cv-02990-SI<br><br>STATEMENT OF NON-OPPOSITION OF CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL<br><br>CLASS ACTION<br><br>Date:  August 26, 2022<br>Time:  10:00 a.m.<br>Judge:  Hon. Susan Illston<br>Courtroom:  1 – 17th Floor |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

On July 19, 2022, the City of Miami Fire Fighters' and Police Officers' Retirement Trust ("Miami FIPO"), by and through its counsel, filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) appointing Miami FIPO as Lead Plaintiff on behalf of a class consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired Okta, Inc. securities between March 5, 2021 and March 22, 2022, both dates inclusive (the "Class"); and (2) approving Miami FIPO's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 28.

Having reviewed the competing motions before the Court, it appears that Miami FIPO does not have the "largest financial interest" in this litigation within the meaning of the PSLRA. This statement of non-opposition shall have no impact on Miami FIPO's membership in the proposed Class or its right to share in any recovery obtained for the benefit of Class members.

Dated:  July 28, 2022                    Respectfully submitted,

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

1

KLAUSNER, KAUFMAN, JENSEN &
LEVINSON
Robert D. Klausner
7080 NW 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com

*Counsel for City of Miami Fire Fighters' and Police
Officers' Retirement Trust*

STATEMENT OF NON-OPPOSITION OF CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT
TRUST TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD
COUNSEL – 3:22-cv-02990-SI

PROOF OF SERVICE

I hereby certify that on July 28, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jennifer Pafiti
Jennifer Pafiti

3

STATEMENT OF NON-OPPOSITION OF CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL – 3:22-cv-02990-SI