ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
TRICIA L. MCCORMICK (199239)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
triciam@rgrdlaw.com
jsanchez@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>OKTA, INC., et al.,<br><br>Defendants. | Case No. 3:22-cv-02990-SI<br><br>CLASS ACTION<br><br>DR. KATHRYN M. FLYNN'S RESPONSE TO COMPETING LEAD PLAINTIFF MOTIONS<br><br>DATE: August 26, 2022<br>TIME: 10:00 a.m.<br>CTRM: 1, 17th Floor<br>JUDGE: Hon. Susan Illston |

4861-8616-4013.v1

1  Three motions were filed by putative class members seeking appointment as lead plaintiff in
2  the above-captioned securities class action. *See* ECF 14, 22, 28. Pursuant to the Private Securities
3  Litigation Reform Act of 1995 ("PSLRA"), district courts are to adopt a presumption that the
4  applicant with the largest financial interest in the relief sought by the class that also satisfies the
5  requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii).
6  Here, while Dr. Kathryn M. Flynn suffered approximately $909,5594 in losses as a result of
7  defendants' alleged wrongdoing and satisfies the Rule 23 requirements at this stage, Dr. Flynn
8  recognizes she did not suffer the greatest loss. If the Court determines that the movant with greater
9  losses does not satisfy the PSLRA's requirements for appointment as lead plaintiff, Dr. Flynn
10 remains ready, willing, and able to fulfill that role on behalf of the class.

11 DATED: August 2, 2022          Respectfully submitted,

12                                ROBBINS GELLER RUDMAN
                                    & DOWD LLP
13                                DANIELLE S. MYERS
                                  TRICIA L. MCCORMICK
14                                JUAN CARLOS SANCHEZ

16                                         s/ Danielle S. Myers
                                       DANIELLE S. MYERS

18                                655 West Broadway, Suite 1900
                                  San Diego, CA  92101
                                  Telephone:  619/231-1058
19                                619/231-7423 (fax)
                                  dmyers@rgrdlaw.com
20                                triciam@rgrdlaw.com
                                  jsanchez@rgrdlaw.com

22                                ROBBINS GELLER RUDMAN
                                    & DOWD LLP
                                  SHAWN A. WILLIAMS
23                                Post Montgomery Center
                                  One Montgomery Street, Suite 1800
24                                San Francisco, CA  94104
                                  Telephone:  415/288-4545
25                                415/288-4534 (fax)
                                  shawnw@rgrdlaw.com

                                  Proposed Lead Counsel for Proposed Lead
27                                Plaintiff

DR. KATHRYN M. FLYNN'S RESPONSE TO COMPETING LEAD PLTF MOTIONS - 3:22-cv-02990-SI   - 1 -
4861-8616-4013.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 2, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
   &amp; DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  dmyers@rgrdlaw.com

4861-8616-4013.v1

# Mailing Information for a Case 3:22-cv-02990-SI City of Miami Fire Fighters and Police Officers Retirement Trust v. Okta, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Robert David Klausner**
  lorna@robertdklausner.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com

- **Brian Michael Lutz**
  BLutz@gibsondunn.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,abarbosa@pomlaw.com,fgravenson@poml

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Wesley Sze**
  WSze@gibsondunn.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com,abarca@wvbrlaw.com,johnson@wvbrlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`