James M. Wagstaffe (#95535)
Frank Busch (#258288)
**WAGSTAFFE, VON LOEWENFELDT,**
**BUSCH & RADWICK LLP**
100 Pine Street, Suite 2250
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Christopher J. Keller (*pro hac vice* forthcoming)
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Proposed Lead Plaintiff*
*the Nebraska Investment Council and Proposed*
*Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> OKTA, INC., TODD MCKINNON, BRETT TIGHE, MICHAEL KOUREY, WILLIAM E. LOSCH, and DAVID BRADBURY, <br><br> Defendants. | Case No. 3:22-cv-02990-SI <br><br> **CLASS ACTION** <br><br> **NOTICE THAT THE NEBRASKA INVESTMENT COUNCIL'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL IS UNOPPOSED** <br><br> **Date:** August 26, 2022 <br> **Time:** 10:00 a.m. <br> **Courtroom:** 1 – 17th Floor <br> **Judge:** Susan Illston |

NOTICE OF UNOPPOSED MOTION
CASE NO. 3:22-cv-02990-SI

On August 19, 2022, the Nebraska Investment Council ("Nebraska")[1] moved this Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, *et seq.*, for appointment as Lead Plaintiff and approval of selection of Labaton Sucharow LLP as Lead Counsel for the Class (the "Motion"). *See* ECF No. 14. On the same day, two other putative Class members filed similar motions for lead plaintiff appointment. *See* ECF Nos. 22 and 28. Following the filing of Nebraska's Motion and review of the respective motions and supporting papers, both competing movants filed notices acknowledging that they do not have the largest financial interest in the relief sought in the litigation. *See* ECF Nos. 31-32.

Nebraska's Motion for appointment as Lead Plaintiff and approval of selection of counsel is, therefore, unopposed. Nebraska—which incurred a loss of $2,141,465 on its Class Period transactions in Okta, Inc. shares—has the largest financial interest in the action and otherwise meets all the requirements of Rule 23. As the Lead Plaintiff movant claiming the largest financial interest while also satisfying the preliminary showing of typicality and adequacy under Rule 23, Nebraska is therefore the presumed "most adequate plaintiff." 15 U.S.C. § 78u-4(a)(3)(B). Further, because Nebraska's Motion is unopposed, the presumption of "most adequate plaintiff" is unrebutted, thereby entitling Nebraska to appointment as Lead Plaintiff under the PSLRA. *Id.*; *In re Cavanaugh*, 306 F.3d 726, 730-31 (9th Cir. 2002); *City of Royal Oak Ret. Sys. v. Juniper Networks, Inc.*, No. 5:11-CV-04003-LHK, 2012 WL 78780, at *1 (N.D. Cal. Jan. 9, 2012) (granting unopposed lead plaintiff motion filed by pension fund).

For the foregoing reasons, Nebraska respectfully requests that the Court: (i) appoint Nebraska as Lead Plaintiff; (ii) approve its selection of Labaton Sucharow LLP as Lead Counsel for the Class; and (iii) grant such other and further relief as the Court may deem just and proper.

DATED: August 2, 2022

Respectfully submitted,

*/s/ James M. Wagstaffe*

James M. Wagstaffe (#95535)
Frank Busch (#258288)
**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP**

---

[1] All references to "Nebraska" relate specifically to the Omaha School Employees Retirement System, as the State of Nebraska Defined Benefit Plan that transacted in the subject security.

100 Pine Street, Suite 2250
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Christopher J. Keller (*pro hac vice* forthcoming)
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Proposed Lead Plaintiff the Nebraska Investment Council and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 2, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *James M. Wagstaffe*
James M. Wagstaffe