BRIAN M. LUTZ, SBN 255976
  blutz@gibsondunn.com
WESLEY SZE, SBN 306715
  wsze@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200

JASON J. MENDRO, SBN 220842
  jmendro@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:    202.955.8500

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OKTA, INC. SECURITIES LITIGATION | CASE NO. 3:22-cv-02990-SI<br><br>**DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Judge:        Hon. Susan Illston<br>Courtroom:  1, 17th Floor |

DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:22-CV-02990-SI

I, Brian M. Lutz, hereby declare as follows:

1.      I am admitted to practice before all of the courts of the State of California and this Court. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Defendants in this matter.  I submit this declaration in support of Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss the Amended Complaint.  I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

2.      Attached as **Exhibit 1** is a true and correct copy of Okta's press release titled "Okta Completes Acquisition of Auth0," dated May 3, 2021.  This press release is cited in paragraph 61 of the Amended Complaint.

3.      Attached as **Exhibit 2** is a true and correct copy of excerpts of Okta's Form 10-Q for 2022Q2, filed on September 2, 2021.  This document is cited in paragraph 138 of the Amended Complaint.

4.      Attached as **Exhibit 3** is a true and correct copy of Okta's press release titled "Okta Advances Customer Identity with Auth0 and New Okta Features," dated October 13, 2021.  This document is cited in paragraphs 97 and 145 of the Amended Complaint.

5.      Attached as **Exhibit 4** is a true and correct copy of excerpts of Okta's Form 10-K for fiscal year 2022, filed on March 7, 2022.  This document is cited in paragraph 159 of the Amended Complaint.

6.      Attached as **Exhibit 5** is a true and correct copy of an Okta blog post authored by David Bradbury, titled "Official Okta Statement on LAPSUS$ Claims," dated March 22, 2022.  This document is cited in paragraphs 108 and 186 of the Amended Complaint.

7.      Attached as **Exhibit 6** is a true and correct copy of Okta's webpage titled "Frequently Asked Questions Regarding the January 2022 Compromise," originally published on March 25, 2022. This document is cited in paragraph 111 of the Amended Complaint.

8.      Attached as **Exhibit 7** is a true and correct copy of Okta's Form 8-K/A, filed on April 19, 2022.

9.     Attached as **Exhibit 8** is a true and correct copy of a transcript from Okta's earnings call for 2023Q1, dated June 2, 2022.  This document is cited in paragraphs 120–21 and 162–63 of the Amended Complaint.

10.     Below is an excerpt from a video interview between Jim Cramer and Defendant Todd McKinnon on CNBC's *Mad Money* on June 8, 2022, as retrieved from the verified YouTube account of CNBC Television (https://www.youtube.com/watch?v=9FEBV016FUY).  This video segment is cited in paragraphs 19, 123–24, 167–68 of the Amended Complaint.

| Jim Cramer: | You yourself were hacked.  But it [inaudible] was a hack that, frankly, was very hard to understand.  But I know that people got in.  You were very forthcoming.  You just said it, [inaudible] you discovered it.  A lot of people said you would lose customers.  This was the strongest customer retention that I've seen you have and it made us new customers.  So it's obvious that whatever anybody thought, your loss of trust didn't exist.  You checked with 400 customers immediately.  So tell us what it was like to hear the news, break the news, and then talk to clients, and yet win over even more clients. |
|---|---|
| Todd McKinnon: | Well, every company is becoming a technology company, and we're all under attack by hackers.  There's so much money to be gained, there's so much potential damage they can do, they're out there trying to attack all of us.  And they try to attack Okta.  What happened with Okta back in March is that we use a company for support.  We have contract support engineers, and they broke into this company.  And they basically, in a digital sense, were able to sit over the shoulder of a couple of the support reps and watch what they were doing.  And watch as those support reps were interacting and supporting Okta's customer.  And they could even, beyond just being over the shoulder, they could kinda, metaphorically speaking, reach up and, you know, hit the keyboard on behalf of the support engineer.  So it was–, Okta made a mistake.  We allowed our product to be supported from an insecure environment.  And that was really the big learning.  . . . |

An electronic copy of the video segment is available to the Court upon request.

11.     Attached as **Exhibit 9** is a true and correct copy of a transcript from Okta's earnings call for 2023Q2, dated August 31, 2022.  This document is cited in paragraphs 20, 126–29, and 194–97 of the Amended Complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on December 1, 2022, in San Francisco, California.

/s/ Brian M. Lutz
Brian M. Lutz

DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:22-CV-02990-SI

Gibson, Dunn & Crutcher LLP