BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
FERDEZA ZEKIRI (335507)
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com

*Counsel for Plaintiff Ryan O'Dell*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> OKTA, INC., TODD MCKINNON, BRETT TIGHE, and FREDERIC KERREST, <br><br> Defendants. | Case No. 3:22-cv-02990-SI <br><br> **PLAINTIFF RYAN O'DELL'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> The Hon. Susan Illston |

[Caption continued on following page]

PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case Nos. 3:22-cv-02990-SI, 3:22-cv-07480-VC, 3:22-cv-08627-JSC

| | |
|---|---|
| RYAN O'DELL, derivatively on behalf of OKTA, INC., | Case No. 3:22-cv-07480-VC |
| Plaintiff, | |
| v. | The Hon. Vince Chhabria |
| TODD MCKINNON, BRETT TIGHE, FREDERIC KERREST, SHELLYE ARCHAMBEAU, ROBERT L. DIXON, JR., PATRICK GRADY, BEN HOROWITZ, REBECCA SAEGER, MICHAEL STANKEY, JEFF EPSTEIN, AND MICHELLE WILSON, | |
| Defendants, | |
| and | |
| OKTA, INC., | |
| Nominal Defendant. | |
| LR TRUST, derivatively on behalf of OKTA, INC., | Case No. 3:22-cv-08627-JSC |
| Plaintiff, | The Hon. Jacqueline Scott Corley |
| vs. | |
| TODD MCKINNON, J. FREDERIC KERREST, SHELLYE ARCHAMBEAU, ROBERT L. DIXON, JR., JEFF EPSTEIN, PATRICK GRADY, BENJAMIN HOROWITZ, REBECCA SAEGER, and MICHAEL STANKEY, | |
| Defendants, | |
| -and- | |
| OKTA, INC., | |
| Nominal Defendant. | |

1.      Pursuant to Civil L.R. 3-12, Plaintiff Ryan O'Dell moves this court to consider whether the above captioned cases, *City Of Miami Fire Fighters' And Police Officers' Retirement Trust v. Okta, Inc*., Case No. 3:22-cv-02990-SI, *O'Dell v. McKinnon, et al*., Case No. 3:22-cv-07480-VC and *LR Trust v. McKinnon, et al*., Case No. 3:22-cv-08627-JSC (collectively, the "Related Actions"), should be related.

2.      Consistent with the requirements of Civil L.R. 3-12(a), the Related Actions concern substantially similar parties and arise from the same underlying facts and circumstances. Further, it appears there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

3.      The Related Actions are: (a) a securities class action (the "Securities Action") brought on behalf of investors of Okta, Inc. ("Okta"); and (2) two shareholder derivative actions (the "Derivative Actions") brought on behalf of Okta against substantially the same Okta officers and directors. The Related Actions all allege violations of the Securities Exchange Act of 1934 and the Derivative Actions also allege breach of fiduciary duty, among other causes of action, based on the same underlying conduct.

4.      Counsel for plaintiff LR Trust in the related derivative action has indicated their support for the Motion. Counsel for Defendants have indicated they do not oppose the Motion. Counsel for lead plaintiffs in the Securities Action have indicated that they take no position as to the Motion

5.      In accordance with Civil L.R. 3-12(b), a courtesy copy of this Administrative Motion has been lodged with Judges assigned to the *O'Dell* and *LR Trust* actions.

6.      In connection herewith, Plaintiffs O'Dell and LR Trust also respectfully request that the Derivative Actions be transferred to Your Honor, the Honorable Judge Susan Illston.

DATED:          February 1, 2023          **WOLF HALDENSTEIN ADLER**
                                          **FREEMAN & HERZ LLP**

                                          */s/ Rachele R. Byrd*
                                          RACHELE R. BYRD

                                          BETSY C. MANIFOLD (182450)
                                          RACHELE R. BYRD (190634)
                                          ALEX J. TRAMONTANO (276666)
                                          FERDEZA ZEKIRI (335507)
                                          750 B Street, Suite 1820
                                          San Diego, CA 92101
                                          Telephone: (619) 239-4599
                                          Facsimile: (619) 234-4599
                                          manifold@whafh.com
                                          byrd@whafh.com
                                          tramontano@whafh.com
                                          zekiri@whafh.com

                                          *Attorneys for Plaintiff in the O'Dell Action*

## CERTIFICATE OF SERVICE

*City Of Miami Fire Fighters' and Police Officers'Ret. Trust v. Okta, Inc.*, No. 3:22-cv-02990-SI
*O'Dell v. McKinnon*, No. 3:22-cv-007480-VC
*LR Trust v. McKinnon*, No. 3:22-cv-08627-JSC

I hereby certify that on February 1, 2023, I electronically filed the foregoing using the Court's ECF system, which caused it to be served on all parties in *City Of Miami Fire Fighters' and Police Officers' Ret. Trust v. Okta*, *Inc.*, No. 3:22-cv-2990-SI registered with the ECF system.

In addition, I served the foregoing by email upon all parties in *O'Dell v. McKinnon*, No. 3:22-cv-007480-VC and *LR Trust v. McKinnon*, No. 3:22-cv-08627-JSC who are listed on the attached service list.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on February 1, 2023 at San Diego, California.

_____*s/ Elle Chaseton*_____

Elle Chaseton

CERTIFICATE OF SERVICE
Case Nos. 3:22-cv-02990-SI, 3:22-cv-07480-VC, 3:22-cv-08627-JSC

**Service List**

WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
FERDEZA ZEKIRI (335507)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com
*Attorneys for Plaintiff in the O'Dell Action*

WEISS LAW
Joel E. Elkins (SBN 256020)
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: (310) 208-2800
Facsimile: (310) 209-2348
jelkins@weisslawllp.com

WEISS LAW
Mark Smilow
David C. Katz
Jonathan Meer
305 Broadway, 7th Fl
New York, NY 10007
(212) 682-3025
msmilow@weisslawllp.com
dkatz@weisslawllp.com
jm@weisslawllp.com

*Attorneys for Plaintiff in the LR Trust action*

LABATON SUCHAROW LLP
Michael P. Canty
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com


*Attorneys for Lead Plaintiff Nebraska
Investment Council in the City of Miami
Fire Fighters' and Police Offers'
Retirement Trust Action*


GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ, SBN 255976
WESLEY SZE, SBN 306715
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel.: (415) 393-8379
BLutz@gibsondunn.com
WSze@gibsondunn.com

*Attorneys for Defendants*