BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
FERDEZA ZEKIRI (335507)
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com

*Counsel for Plaintiff Ryan O'Dell*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>OKTA, INC., TODD MCKINNON, BRETT TIGHE, and FREDERIC KERREST,<br><br>Defendants. | Case No. 3:22-cv-02990-SI<br><br>**DECLARATION OF RACHELE R. BYRD IN SUPPORT OF PLAINTIFF RYAN O'DELL'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>The Hon. Susan Illston |

[Caption continued on following page]

| | |
|---|---|
| RYAN O'DELL, derivatively on behalf of OKTA, INC., | Case No. 3:22-cv-07480-VC |
| Plaintiff, | The Hon. Vince Chhabria |
| v. | |
| TODD MCKINNON, BRETT TIGHE, FREDERIC KERREST, SHELLYE ARCHAMBEAU, ROBERT L. DIXON, JR., PATRICK GRADY, BEN HOROWITZ, REBECCA SAEGER, MICHAEL STANKEY, JEFF EPSTEIN, AND MICHELLE WILSON, | |
| Defendants, | |
| and | |
| OKTA, INC., | |
| Nominal Defendant. | |
| LR TRUST, derivatively on behalf of OKTA, INC., | Case No. 3:22-cv-08627-JSC |
| Plaintiff, | The Hon. Jacqueline Scott Corley |
| vs. | |
| TODD MCKINNON, J. FREDERIC KERREST, SHELLYE ARCHAMBEAU, ROBERT L. DIXON, JR., JEFF EPSTEIN, PATRICK GRADY, BENJAMIN HOROWITZ, REBECCA SAEGER, and MICHAEL STANKEY, | |
| Defendants, | |
| -and- | |
| OKTA, INC., | |
| Nominal Defendant. | |

I, Rachele R. Byrd, declare as follows:

1.    I am a member of the law firm Wolf Haldenstein Adler Freeman & Herz LLP, and I am admitted to practice before this Court. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    I am counsel for Plaintiff Ryan O'Dell in the above action captioned *O'Dell v. McKinnon*, *et al*., Case No. 3:22-cv-07480-VC. I submit this declaration in support of the Administrative Motion Pursuant to Civil L.R. 3-12 to Consider Whether Cases Should be Related (the "Motion").

3.    My firm has been in contact with counsel for defendant Okta Inc., counsel for the plaintiff in the related derivative case captioned *LR Trust v. McKinnon, et al*. Case No. 3:22-cv-08627-JSC, and counsel for lead plaintiff in the related securities action captioned *City Of Miami Fire Fighters' And Police Officers' Retirement Trust v. Okta, Inc., et al*., Case No. 3:22-cv-02990-SI.

4.    I was unable to obtain a stipulation in support of the Motion because, while counsel for plaintiff in the related derivative action (the *LR Trust* action) was willing to enter into a stipulation, counsel for lead plaintiff in the related securities action (the *City Of Miami* Action) declined to enter into a stipulation in support of this Motion and, instead, have stated that they take no position on the Motion. Defendants similarly have indicated they do not oppose this Motion.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. Executed February 1, 2023 at San Diego, California.

*/s/ Rachele R. Byrd*
RACHELE R. BYRD

Okta/29164

RRB DECL. ISO ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case Nos. 3:22-cv-02990-SI, 3:22-cv-07480-VC, 3:22-cv-08627-JSC
-1-

## CERTIFICATE OF SERVICE

*City Of Miami Fire Fighters' and Police Officers'Ret. Trust v. Okta, Inc*., No. 3:22-cv-02990-SI
*O'Dell v. McKinnon*, No. 3:22-cv-007480-VC
*LR Trust v. McKinnon*, No. 3:22-cv-08627-JSC

I hereby certify that on February 1, 2023, I electronically filed the foregoing using the Court's ECF system, which caused it to be served on all parties in *City Of Miami Fire Fighters' and Police Officers' Ret. Trust v. Okta*, *Inc.*, No. 3:22-cv-2990-SI registered with the ECF system.

In addition, I served the foregoing by email upon all parties in *O'Dell v. McKinnon*, No. 3:22-cv-007480-VC and *LR Trust v. McKinnon*, No. 3:22-cv-08627-JSC who are listed on the attached service list.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on February 1, 2023 at San Diego, California.

_____*s/ Elle Chaseton*_____

Elle Chaseton

CERTIFICATE OF SERVICE
Case Nos. 3:22-cv-02990-SI, 3:22-cv-07480-VC, 3:22-cv-08627-JSC

**Service List**

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
FERDEZA ZEKIRI (335507)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com
*Attorneys for Plaintiff in the O'Dell Action*

WEISS LAW
Joel E. Elkins (SBN 256020)
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: (310) 208-2800
Facsimile: (310) 209-2348
jelkins@weisslawllp.com

WEISS LAW
Mark Smilow
David C. Katz
Jonathan Meer
305 Broadway, 7th FI
New York, NY 10007
(212) 682-3025
msmilow@weisslawllp.com
dkatz@weisslawllp.com
jm@weisslawllp.com

*Attorneys for Plaintiff in the LR Trust action*

LABATON SUCHAROW LLP
Michael P. Canty
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com


*Attorneys for Lead Plaintiff Nebraska
Investment Council in the City of Miami
Fire Fighters' and Police Offers'
Retirement Trust Action*



GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ, SBN 255976
WESLEY SZE, SBN 306715
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel.: (415) 393-8379
BLutz@gibsondunn.com
WSze@gibsondunn.com

*Attorneys for Defendants*