**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>OKTA, INC., TODD MCKINNON, BRETT TIGHE, and FREDERIC KERREST,<br><br>Defendants. | Case No. 3:22-cv-02990-SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF RYAN O'DELL'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>The Hon. Susan Illston |

[Caption continued on following page]

| | |
|---|---|
| RYAN O'DELL, derivatively on behalf of OKTA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TODD MCKINNON, BRETT TIGHE, FREDERIC KERREST, SHELLYE ARCHAMBEAU, ROBERT L. DIXON, JR., PATRICK GRADY, BEN HOROWITZ, REBECCA SAEGER, MICHAEL STANKEY, JEFF EPSTEIN, AND MICHELLE WILSON, <br><br> Defendants, <br><br> and <br><br> OKTA, INC., <br><br> Nominal Defendant. | Case No. 3:22-cv-07480-VC <br><br><br> The Hon. Vince Chhabria |
| LR TRUST, derivatively on behalf of OKTA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TODD MCKINNON, J. FREDERIC KERREST, SHELLYE ARCHAMBEAU, ROBERT L. DIXON, JR., JEFF EPSTEIN, PATRICK GRADY, BENJAMIN HOROWITZ, REBECCA SAEGER, and MICHAEL STANKEY, <br><br> Defendants, <br><br> -and- <br><br> OKTA, INC., <br><br> Nominal Defendant. | Case No. 3:22-cv-08627-JSC <br><br> The Hon. Jacqueline Scott Corley |

Plaintiff Ryan O'Dell has filed an Administrative Motion Pursuant to L.R. 3-12 to Consider Whether Cases Should be Related (the "Motion") with respect to the following actions:

| CASE NAME | CASE NUMBER |
|---|---|
| *City Of Miami Fire Fighters' And Police Officers' Retirement Trust v. Okta, Inc.* | 3:22-cv-02990-SI |
| *O'Dell v. McKinnon, et al.* | 3:22-cv-07480-VC |
| *LR Trust v. McKinnon, et al.* | 3:22-cv-08627-JSC |

The time for filing an opposition or statement of support has passed. The Court **GRANTS** the Motion and relates the above-captioned *O'Dell* and *LR Trust* actions to the low-numbered action, *City Of Miami Fire Fighters' And Police Officers' Retirement Trust v. Okta, Inc.,* Case No. 3:22-cv-02990-SI. Each of the above-captioned actions shall now be assigned to the undersigned judge. All future filings are to bear the initials "SI." Unless otherwise ordered, any dates for hearing noticed motions in *O'Dell* and *LR Trust* are vacated and must be renoticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge. A copy of this Order shall be filed in each of the above-captioned dockets.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

*City Of Miami Fire Fighters' and Police Officers'Ret. Trust v. Okta, Inc.*, No. 3:22-cv-02990-SI
*O'Dell v. McKinnon*, No. 3:22-cv-007480-VC
*LR Trust v. McKinnon*, No. 3:22-cv-08627-JSC

I hereby certify that on February 1, 2023, I electronically filed the foregoing using the Court's ECF system, which caused it to be served on all parties in *City Of Miami Fire Fighters' and Police Officers' Ret. Trust v. Okta*, *Inc.*, No. 3:22-cv-2990-SI registered with the ECF system.

In addition, I served the foregoing by email upon all parties in *O'Dell v. McKinnon*, No. 3:22-cv-007480-VC and *LR Trust v. McKinnon*, No. 3:22-cv-08627-JSC who are listed on the attached service list.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 1, 2023 at San Diego, California.

_____*s/ Elle Chaseton*_____

Elle Chaseton

**Service List**

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
FERDEZA ZEKIRI (335507)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com
*Attorneys for Plaintiff in the O'Dell Action*

WEISS LAW
Joel E. Elkins (SBN 256020)
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: (310) 208-2800
Facsimile: (310) 209-2348
jelkins@weisslawllp.com

WEISS LAW
Mark Smilow
David C. Katz
Jonathan Meer
305 Broadway, 7th FI
New York, NY 10007
(212) 682-3025
msmilow@weisslawllp.com
dkatz@weisslawllp.com
jm@weisslawllp.com

*Attorneys for Plaintiff in the LR Trust action*

LABATON SUCHAROW LLP
Michael P. Canty
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com

*Attorneys for Lead Plaintiff Nebraska
Investment Council in the City of Miami
Fire Fighters' and Police Offers'
Retirement Trust Action*

GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ, SBN 255976
WESLEY SZE, SBN 306715
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel.: (415) 393-8379
BLutz@gibsondunn.com
WSze@gibsondunn.com

*Attorneys for Defendants*