BRIAN M. LUTZ, SBN 255976
  blutz@gibsondunn.com
WESLEY SZE, SBN 306715
  wsze@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200

JASON J. MENDRO, SBN 220842
  jmendro@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:    202.955.8500

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OKTA, INC. SECURITIES LITIGATION | CASE NO. 3:22-cv-02990-SI |
| | **SUPPLEMENTAL DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |

SUPPLEMENTAL DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF
DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:22-CV-02990-SI

Gibson, Dunn &
Crutcher LLP

I, Brian M. Lutz, hereby declare as follows:

1.      I am admitted to practice before all of the courts of the State of California and this Court. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Defendants in this matter. I submit this supplemental declaration in support of Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss the Amended Complaint. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

2.      Attached as **Exhibit 2A** is a true and correct copy of additional excerpts from Okta's quarterly report on Form 10-Q for 2022Q2, filed on September 2, 2021.  Other excerpts from this document were originally submitted as Exhibit 2 to my prior declaration (*see* ECF No. 58-2).

3.      Attached as **Exhibit 4A** is a true and correct copy of additional excerpts of Okta's annual report on Form 10-K for fiscal year 2022, filed on March 7, 2022.  Other excerpts from this document were originally submitted as Exhibit 4 to my prior declaration (*see* ECF No. 58-4).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on February 17, 2023, in San Francisco, California.

<em>/s/ Brian M. Lutz</em>
Brian M. Lutz

Gibson, Dunn & Crutcher LLP

SUPPLEMENTAL DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF
DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:22-CV-02990-SI