# EXHIBIT 2A

2020-06"), which simplifies the accounting for certain financial instruments with characteristics of liabilities and equity, including convertible instruments and contracts in an entity's own equity. Among other changes, ASU 2020-06 removes from GAAP the liability and equity separation model for convertible instruments with a cash conversion feature, and as a result, after adoption, entities will no longer separately present in equity an embedded conversion feature for such debt. Similarly, the embedded conversion feature will no longer be amortized into income as interest expense over the life of the instrument. Instead, entities will account for a convertible debt instrument wholly as debt unless (1) a convertible instrument contains features that require bifurcation as a derivative under ASC Topic 815, Derivatives and Hedging, or (2) a convertible debt instrument was issued at a substantial premium. Among other potential impacts, this change is expected to reduce reported interest expense, increase reported net income, and result in a reclassification of certain conversion feature-related balance sheet amounts from stockholders' equity to liabilities as it relates to the Company's convertible senior notes. Additionally, ASU 2020-06 requires the application of the if-converted method to calculate the impact of convertible instruments on diluted earnings per share ("EPS"), which is consistent with the Company's accounting treatment under the current standard. ASU 2020-06 is effective for fiscal years beginning after December 15, 2021, and the Company intends to adopt this standard using the modified retrospective method in its first quarter of fiscal 2023. The Company is currently evaluating the overall impact of this standard on its consolidated financial statements.

## 3. Business Combination

On May 3, 2021, the Company acquired all outstanding shares of privately-held Auth0, an Identity-as-a-Service company. The Company expects to combine Auth0's developer-centric identity solution with the Company's Okta Identity Cloud to drive synergies, product options and value for current and future customers. The acquisition date fair value of the consideration transferred for Auth0 was approximately $5,671.0 million, which consisted of the following (in thousands):

| | Estimated Fair Value |
|---|---|
| | (unaudited) |
| Cash | $ 257,010 |
| Common stock issued | 5,175,623 |
| Fair value of outstanding employee equity awards assumed | 238,389 |
| Total consideration | $ 5,671,022 |

Cash consideration of $257.0 million includes $3.8 million held back as partial security for post-closing true-up adjustments as well as indemnification claims made within one year of the acquisition date.

Approximately 19.2 million shares of common stock valued at $5,175.6 million were issued to selling stockholders, which includes approximately 1.1 million shares valued at $294.6 million held back as partial security for post-closing true-up adjustments as well as any indemnification claims made within one year of the acquisition date.

The Company entered into revesting agreements with Auth0's founders pursuant to which approximately 1.2 million additional shares of Okta's Class A common stock issued to the founders as of the closing date will vest over three years. The $332.1 million fair value of the unvested restricted stock is not included as purchase consideration above, as it has a post-combination service requirement and will be accounted for separately from the business combination as stock compensation expense.

12

The Company issued replacement equity awards with a fair value of $655.1 million, of which $238.4 million was allocated to the purchase consideration as it is attributable to pre-combination services rendered and $416.7 million was allocated to post-combination services and will be expensed over the remaining service periods as stock-based compensation. The fair value of the stock options assumed by the Company was determined using the Black-Scholes option pricing model. The Company also converted certain equity awards to unvested restricted cash awards totaling $13.5 million that will be expensed over the remaining service periods.

See Note 12 for a discussion of amounts related to post-combination services that will be expensed over the remaining service periods as stock-based compensation.

Acquisition costs of $29.0 million related to Auth0 were expensed by the Company in general and administrative expenses in its condensed consolidated statement of operations for the three and six months ended July 31, 2021.

The transaction was accounted for as a business combination. The total purchase price of $5,671.0 million was allocated using information currently available to the Company. As a result, the Company may continue to adjust the preliminary purchase price allocation after obtaining more information regarding asset valuations, liabilities assumed, and revisions of preliminary estimates. Preliminary allocation of the purchase price to the tangible and identifiable intangible assets acquired and liabilities assumed based on their estimated fair values is as follows (in thousands):

|  | Estimated Fair Value |
| --- | --- |
|  | (unaudited) |
| Cash and cash equivalents | $ 107,425 |
| Accounts receivable | 28,572 |
| Prepaid expenses and other current assets | 12,748 |
| Property and equipment, net | 1,928 |
| Operating lease right-of-use assets | 6,873 |
| Other assets | 6,375 |
| Intangible assets | 334,300 |
| Accounts payable | (3,610) |
| Accrued expenses and other current liabilities | (10,946) |
| Accrued compensation | (19,187) |
| Deferred revenue | (65,339) |
| Operating lease liabilities, noncurrent | (5,694) |
| Other liabilities, noncurrent | (12,515) |
| Net assets acquired | $ 380,930 |

The excess of purchase consideration over the fair value of the net tangible assets and identifiable intangible assets acquired was $5,290.1 million and was recorded as goodwill, which is primarily attributable to expected synergies in sales opportunities across complementary products, customers and geographies, cross-selling opportunities, and improvements in the selling process. None of the goodwill is expected to be deductible for U.S. federal income tax purposes.

The estimated useful lives and fair values of the identifiable intangible assets are as follows (in thousands):

|  | Preliminary Estimate Useful Life (in years) | Amount |
| --- | --- | --- |
|  |  | (unaudited) |
| Developed technology | 5 years | $ 172,000 |
| Customer relationships | 2 - 6 years | 140,900 |
| Trade name | 5 years | 21,400 |
| Total identifiable intangible assets |  | $ 334,300 |

13

Developed technology represents the estimated fair value of the features underlying the Auth0 products as well as the platform supporting and providing services to Auth0 customers. Customer relationships represents the estimated fair value of the underlying relationships with Auth0 customers, including the fair value of unbilled and unrecognized contracts yet to be fulfilled. Trade name represents the estimated fair value of the Auth0 brand.

Revenue and earnings of Auth0 included in the Company's consolidated income statement from the acquisition date through July 31, 2021 are as follows (in thousands):

|  | For the period May 3, 2021 to July 31, 2021 |
|---|---|
|  | (unaudited) |
| Revenue | $ 37,606 |
| Net loss | (150,335) |

Pro forma consolidated revenue and earnings for the three and six months ended July 31, 2021 and 2020, calculated as if Auth0 had been acquired as of February 1, 2020 are as follows (in thousands):

| | Pro Forma Consolidated Statement of Operations Data | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Three Months Ended July 31, | | | | Six Months Ended July 31, | | | |
| | 2021 | | 2020 | | 2021 | | 2020 | |
| | (unaudited) | | | | | | | |
| Revenue | $ | 320,532 | $ | 225,596 | $ | 610,295 | $ | 428,668 |
| Net loss | | (214,738) | | (158,167) | | (414,569) | | (346,400) |

The pro forma financial information for all periods presented above has been calculated after adjusting the results of Auth0 to reflect certain business combination and one-time accounting effects such as fair value adjustment of deferred revenue, amortization expense from acquired intangible assets, stock-based compensation expense for unvested equity awards assumed, deferred commissions, release of deferred tax asset valuation allowance and acquisition costs as though the acquisition occurred as of the beginning of the Company's fiscal 2021. The historical consolidated financial information has been adjusted in the pro forma combined financial results to give effect to pro forma events that are directly attributable to the business combination, reasonably estimable and factually supportable. The pro forma financial information is for informational purposes only and is not indicative of the results of operations that would have been achieved if the acquisition had taken place at the beginning of the Company's fiscal 2021.

14

The following table sets forth our results of operations for the periods presented as a percentage of our total revenue:

| | Three Months Ended July 31, | | Six Months Ended July 31, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| Revenue | | | | |
| Subscription | 96 % | 95 % | 96 % | 95 % |
| Professional services and other | 4 | 5 | 4 | 5 |
| Total revenue | 100 | 100 | 100 | 100 |
| Cost of revenue | | | | |
| Subscription | 27 | 20 | 24 | 20 |
| Professional services and other | 5 | 6 | 6 | 6 |
| Total cost of revenue | 32 | 26 | 30 | 26 |
| Gross profit | 68 | 74 | 70 | 74 |
| Operating expenses | | | | |
| Research and development | 39 | 27 | 34 | 27 |
| Sales and marketing | 63 | 49 | 61 | 52 |
| General and administrative | 49 | 21 | 38 | 20 |
| Total operating expenses | 151 | 97 | 133 | 99 |
| Operating loss | (83) | (23) | (63) | (25) |
| Interest expense | (7) | (8) | (7) | (7) |
| Interest income and other, net | — | 2 | 1 | 2 |
| Loss on conversion of debt | — | (1) | — | (1) |
| Interest and other, net | (7) | (7) | (6) | (6) |
| Loss before benefit from income taxes | (90) | (30) | (69) | (31) |
| Benefit from income taxes | (2) | — | (1) | — |
| Net loss | (88)% | (30)% | (68)% | (31)% |

**Comparison of the Three Months Ended July 31, 2021 and 2020**

*Revenue*

| | Three Months Ended July 31, | | $ Change | % Change |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | | |
| | (dollars in thousands) | | | |
| Revenue: | | | | |
| Subscription | $ 303,121 | $ 190,689 | $ 112,432 | 59 % |
| Professional services and other | 12,379 | 9,757 | 2,622 | 27 |
| Total revenue | $ 315,500 | $ 200,446 | $ 115,054 | 57 % |
| Percentage of revenue: | | | | |
| Subscription | 96 % | 95 % | | |
| Professional services and other | 4 | 5 | | |
| Total | 100 % | 100 % | | |

Subscription revenue increased by $112.4 million, or 59%, for the three months ended July 31, 2021 compared to the three months ended July 31, 2020. The increase was primarily due to the addition of new customers and an increase in users and sales of additional products to existing customers, as well as the inclusion of Auth0 revenue in the current period.

36

Professional services and other revenue increased by $2.6 million, or 27%, for the three months ended July 31, 2021 compared to the three months ended July 31, 2020. The increase in professional services revenue was primarily related to an increase in implementation and other services associated with growth in the number of new customers purchasing our subscription services, as well as the inclusion of Auth0 revenue in the current period.

The business combination with Auth0 contributed approximately $37.6 million in total revenue for the period from May 3, 2021 through July 31, 2021.

### *Cost of Revenue, Gross Profit and Gross Margin*

| | | Three Months Ended July 31, | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2021 | | | 2020 | | $ Change | | % Change |
| | | (dollars in thousands) | | | | | | | |
| Cost of revenue: | | | | | | | | | |
| Subscription | $ | 84,457 | $ | | 39,501 | $ | 44,956 | | 114 % |
| Professional services and other | | 16,649 | | | 11,646 | | 5,003 | | 43 |
| Total cost of revenue | $ | 101,106 | $ | | 51,147 | $ | 49,959 | | 98 % |
| Gross profit | $ | 214,394 | $ | | 149,299 | $ | 65,095 | | 44 % |
| Gross margin: | | | | | | | | | |
| Subscription | | 72 % | | | 79 % | | | | |
| Professional services and other | | (34) | | | (19) | | | | |
| Total gross margin | | 68 | | | 74 | | | | |

Cost of subscription revenue increased by $45.0 million, or 114%, for the three months ended July 31, 2021 compared to the three months ended July 31, 2020, primarily due to an increase of $21.7 million in employee compensation costs related to higher headcount to support the growth in our subscription services, including the Auth0 acquisition, an increase in amortization of acquired developed technology of $8.5 million in connection with the Auth0 acquisition, an increase of $7.5 million in third-party hosting costs as we expanded capacity to support our growth and an increase of $3.0 million in software license costs.

Our gross margin for subscription revenue decreased to 72% for the three months ended July 31, 2021 from 79% during the three months ended July 31, 2020 primarily due to the inclusion of Auth0 revenue, which carries a higher relative cost and lower gross margin as well as an increase in amortization of acquired developed technology in connection with the Auth0 acquisition. While our gross margin for subscription revenue may fluctuate in the near-term as we invest in our growth, we expect our subscription revenue gross margin to improve over the long-term as we achieve additional economies of scale.

Cost of professional services and other revenue increased by $5.0 million, or 43%, for the three months ended July 31, 2021, compared to the three months ended July 31, 2020, due to an increase of $4.0 million in employee compensation costs related to increased headcount, including the Auth0 acquisition.

Our gross margin for professional services and other revenue decreased to (34)% for the three months ended July 31, 2021 from (19)% during the three months ended July 31, 2020 and includes Auth0.

### ***Operating Expenses***

*Research and Development Expenses*

| | | Three Months Ended July 31, | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2021 | | | 2020 | | $ Change | | % Change |
| | | (dollars in thousands) | | | | | | | |
| Research and development | $ | 122,407 | $ | | 53,866 | $ | 68,541 | | 127 % |
| Percentage of revenue | | 39 % | | | 27 % | | | | |

Research and development expenses increased $68.5 million, or 127%, for the three months ended July 31, 2021 compared to the three months ended July 31, 2020. The increase was primarily due to an increase of $60.5

Interest income and other, net decreased $1.7 million, or (44)%, for the three months ended July 31, 2021 compared to the three months ended July 31, 2020, primarily due to a decrease of $2.2 million in interest income resulting from lower interest rates, partially offset by a realized gain and unrealized adjustments in the carrying value of our strategic investments totaling $2.4 million incurred in the three months ended July 31, 2021 but not in the three months ended July 31, 2020.

Loss on early extinguishment and conversion of debt decreased $2.1 million or (98.0)% for the three months ended July 31, 2021 compared to the three months ended July 31, 2020 due to the Second Partial Repurchase of 2023 Notes which occurred in the three months ended July 31, 2020 but not in the three months ended July 31, 2021.

**Comparison of the Six Months Ended July 31, 2021 and 2020**

*Revenue*

| | Six Months Ended July 31, | | $ Change | % Change |
|---|---|---|---|---|
| | **2021** | **2020** | | |
| | (dollars in thousands) | | | |
| Revenue: | | | | |
| Subscription | $  543,179 | $  364,470 | $  178,709 | 49 % |
| Professional services and other | 23,327 | 18,835 | 4,492 | 24 |
| Total revenue | $  566,506 | $  383,305 | $  183,201 | 48 % |
| Percentage of revenue: | | | | |
| Subscription | 96 % | 95 % | | |
| Professional services and other | 4 | 5 | | |
| Total | 100 % | 100 % | | |

Subscription revenue increased by $178.7 million, or 49%, for the six months ended July 31, 2021 compared to the six months ended July 31, 2020. The increase was primarily due to the addition of new customers as well as an increase in users and sales of additional products to existing customers, as well as the inclusion of Auth0 revenue in the current period.

Professional services and other revenue increased by $4.5 million, or 24%, for the six months ended July 31, 2021 compared to the six months ended July 31, 2020. The increase in professional services revenue was primarily related to an increase in implementation and other services associated with growth in the number of new customers purchasing our subscription services, as well as the inclusion of Auth0 revenue in the current period.

The business combination with Auth0 contributed approximately $37.6 million in total revenue for the period from May 3, 2021 through July 31, 2021.

*Cost of Revenue, Gross Profit and Gross Margin*

| | Six Months Ended July 31, | | $ Change | % Change |
|---|---|---|---|---|
| | **2021** | **2020** | | |
| | (dollars in thousands) | | | |
| Cost of revenue: | | | | |
| Subscription | $  136,855 | $  76,658 | $  60,197 | 79 % |
| Professional services and other | 30,374 | 22,975 | 7,399 | 32 |
| Total cost of revenue | $  167,229 | $  99,633 | $  67,596 | 68 % |
| Gross profit | $  399,277 | $  283,672 | $  115,605 | 41 % |
| Gross margin: | | | | |
| Subscription | 75 % | 79 % | | |
| Professional services and other | (30) | (22) | | |
| Total gross margin | 70 | 74 | | |

39