# EXHIBIT 4A

A discussion regarding our financial condition and results of operations for the year ended January 31, 2022 compared to the year ended January 31, 2021 is presented below. A discussion regarding our financial condition and results of operations for the year ended January 31, 2021 compared to the year ended January 31, 2020 can be found under Item 7 in our Annual Report on Form 10-K for the fiscal year ended January 31, 2021, filed with the SEC on March 4, 2021, which is available free of charge on the SEC's website at www.sec.gov and our Investor Relations website at investor.okta.com.

**Comparison of the Years Ended January 31, 2022 and 2021**

*Revenue*

| | Year Ended January 31, | | | | | $ Change | | % Change | |
|---|---|---|---|---|---|---|---|---|---|
| | **2022** | | | **2021** | | | | | |
| | (dollars in thousands) | | | | | | | | |
| Revenue: | | | | | | | | | |
| Subscription | $ | 1,249,210 | | $ | 796,613 | | $ | 452,597 | 57 | % |
| Professional services and other | | 50,991 | | | 38,811 | | | 12,180 | 31 | |
| Total revenue | $ | 1,300,201 | | $ | 835,424 | | $ | 464,777 | 56 | % |
| Percentage of revenue: | | | | | | | | | |
| Subscription | | 96 | % | | 95 | % | | | | |
| Professional services and other | | 4 | | | 5 | | | | | |
| Total | | 100 | % | | 100 | % | | | | |

Subscription revenue increased by $452.6 million, or 57%, for the year ended January 31, 2022 compared to the year ended January 31, 2021. The increase was primarily due to the addition of new customers, an increase in users and sales of additional products to existing customers, and the inclusion of Auth0 revenue from the acquisition date of May 3, 2021,

Professional services and other revenue increased by $12.2 million, or 31%, for the year ended January 31, 2022 compared to the year ended January 31, 2021. The increase in professional services revenue was primarily related to an increase in implementation and other services associated with growth in the number of new customers purchasing our subscription services, as well as the inclusion of Auth0 revenue from the acquisition date.

The business combination with Auth0 contributed approximately $139.7 million in total revenue for the period from the acquisition date.

*Cost of Revenue, Gross Profit and Gross Margin*

| | Year Ended January 31, | | | | | $ Change | | % Change | |
|---|---|---|---|---|---|---|---|---|---|
| | **2022** | | | **2021** | | | | | |
| | (dollars in thousands) | | | | | | | | |
| Cost of revenue: | | | | | | | | | |
| Subscription | $ | 329,131 | | $ | 170,095 | | $ | 159,036 | 93 | % |
| Professional services and other | | 67,274 | | | 47,586 | | | 19,688 | 41 | |
| Total cost of revenue | $ | 396,405 | | $ | 217,681 | | $ | 178,724 | 82 | % |
| Gross profit | $ | 903,796 | | $ | 617,743 | | $ | 286,053 | 46 | % |
| Gross margin: | | | | | | | | | |
| Subscription | | 74 | % | | 79 | % | | | | |
| Professional services and other | | (32) | | | (23) | | | | | |
| Total gross margin | | 70 | % | | 74 | % | | | | |

Cost of subscription revenue increased by $159.0 million, or 93%, for the year ended January 31, 2022 compared to the year ended January 31, 2021, primarily due to an increase of $77.5 million in employee compensation costs related to higher headcount to support the growth in our subscription services, including the Auth0 acquisition, an increase in amortization of acquired developed technology of $28.0 million primarily in connection with the Auth0 acquisition, an increase of $26.6 million in third-party hosting costs as we expanded capacity to support our growth and an increase of $11.8 million in software license costs.

thousands):

| | Estimated Fair Value |
|---|---:|
| Cash and cash equivalents | $ 107,425 |
| Accounts receivable | 28,572 |
| Prepaid expenses and other current assets | 12,748 |
| Property and equipment, net | 1,928 |
| Operating lease right-of-use assets | 6,873 |
| Other assets | 5,201 |
| Intangible assets | 334,300 |
| Accounts payable | (3,610) |
| Accrued expenses and other current liabilities | (10,946) |
| Accrued compensation | (19,187) |
| Deferred revenue | (65,339) |
| Operating lease liabilities, noncurrent | (5,694) |
| Other liabilities, noncurrent | (11,341) |
| Net assets acquired | $ 380,930 |

The excess of purchase consideration over the fair value of the net tangible assets and identifiable intangible assets acquired was $5,290.1 million and was recorded as goodwill, which is primarily attributable to expected synergies in sales opportunities across complementary products, customers and geographies, cross-selling opportunities, and improvements in the selling process. None of the goodwill is expected to be deductible for U.S. federal income tax purposes.

The estimated useful lives and fair values of the identifiable intangible assets are as follows (in thousands):

| | Preliminary Estimated Useful Life (in years) | Amount |
|---|---:|---:|
| Developed technology | 5 years | $ 172,000 |
| Customer relationships | 2 - 6 years | 140,900 |
| Trade name | 5 years | 21,400 |
| Total identifiable intangible assets | | $ 334,300 |

Developed technology represents the estimated fair value of the features underlying the Auth0 products as well as the platform supporting and providing services to Auth0 customers. Customer relationships represents the estimated fair value of the underlying relationships with Auth0 customers, including the fair value of unbilled and unrecognized contracts yet to be fulfilled. Trade name represents the estimated fair value of the Auth0 brand.

Revenue and earnings of Auth0 included in the Company's consolidated income statement from the acquisition date through January 31, 2022 are as follows (in thousands):

| | For the period May 3, 2021 to January 31, 2022 |
|---|---:|
| Revenue | $ 139,679 |
| Net loss | (385,302) |

The unaudited pro forma consolidated revenue and earnings for the year ended January 31, 2022 and 2021, calculated as if Auth0 had been acquired as of February 1, 2020 are as follows (in thousands):

95

|  | Pro Forma Consolidated Statement of Operations Data | |
|  | Year Ended January 31, | |
|  | 2022 | 2021 |
|---|---|---|
| Revenue | $ 1,349,779 | $ 944,782 |
| Net loss | (846,694) | (690,482) |

The pro forma financial information for all periods presented above has been calculated after adjusting the results of Auth0 to reflect certain business combination and one-time accounting effects such as the fair value adjustment of deferred revenue, amortization expense from acquired intangible assets, stock-based compensation expense for unvested equity awards assumed, deferred commissions, release of deferred tax asset valuation allowance and acquisition costs as though the acquisition occurred as of the beginning of the Company's fiscal 2021. The historical consolidated financial information has been adjusted in the pro forma combined financial results to give effect to pro forma events that are directly attributable to the business combination, reasonably estimable and factually supportable. The pro forma financial information is for informational purposes only and is not indicative of the results of operations that would have been achieved if the acquisition had taken place at the beginning of the Company's fiscal 2021.

### Acquisition of atSpoke

On August 2, 2021, the Company acquired all issued and outstanding capital stock of Townsend Street Labs, Inc. ("atSpoke"), a modern workplace operations platform. The Company will incorporate atSpoke's platform with Okta's Identity Governance and Administration offering. The acquisition date cash consideration for atSpoke was approximately $79.3 million of which $13.4 million of consideration was held back as partial security for any adjustments and indemnification obligations and will be paid within 18 months of the closing date.

The Company recorded $18.3 million for developed technology intangible assets with an estimated useful life of 3 years and preliminarily recorded $63.2 million of goodwill which is primarily attributed to the assembled workforce as well as the integration of atSpoke's technology and the Company's technology. None of the goodwill is expected to be deductible for U.S. federal income tax purposes. The Company may continue to adjust the preliminary purchase price allocation after obtaining more information primarily relating to income and non-income based taxes and residual goodwill through the measurement period.

The Company incurred $0.9 million of acquisition-related costs, which were recorded as general and administrative expenses in its consolidated statements of operations in the quarter ended July 31, 2021.

This acquisition did not have a material impact on the Company's consolidated financial statements; therefore, historical and pro forma disclosures have not been presented.