| | |
|---|---|
| **LABATON SUCHAROW LLP**<br>MICHAEL P. CANTY (*pro hac vice*)<br>  mcanty@labaton.com<br>JAMES T. CHRISTIE. (*pro hac vice*)<br>  jchristie@labaton.com<br>NICHOLAS MANNINGHAM (*pro hac vice*)<br>  nmanningham@labaton.com<br>140 Broadway<br>New York, NY 10005<br>Telephone: 212.907.0700<br><br>**WAGSTAFFE, VON LOEWENFELDT,<br>BUSCH & RADWICK, LLP**<br>JAMES M. WAGSTAFFE, SBN 95535<br>  wagstaffe@wvbrlaw.com<br>FRANK BUSCH, SBN 258288<br>  busch@wvbrlaw.com<br>100 Pine Street, Suite 2250<br>San Francisco, California 94111<br>Telephone: 415.357.8900<br><br>*Counsel for Lead Plaintiff<br>Nebraska Investment Council<br>and the Proposed Class* | **GIBSON, DUNN & CRUTCHER LLP**<br>BRIAN M. LUTZ, SBN 255976<br>  blutz@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:     415.393.8200<br><br>JASON J. MENDRO, SBN 220842<br>  jmendro@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone:     202.955.8500<br><br>JEFFREY D. LOMBARD, SBN 285371<br>  jlombard@gibsondunn.com<br>WESLEY SZE, SBN 306715<br>  wsze@gibsondunn.com<br>310 University Avenue<br>Palo Alto, CA 94301<br>Telephone:     650.849.5300<br><br>*Counsel for Defendants Okta, Inc.,<br>Todd McKinnon, Brett Tighe, and<br>Frederic Kerrest* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OKTA, INC. SECURITIES LITIGATION | CASE NO. 3:22-cv-02990-SI<br><br>**STIPULATION AND ORDER *AS AMENDED BY THE COURT* REGARDING CLASS CERTIFICATION SCHEDULE**<br><br>Judge:       Hon. Susan Illston<br>Courtroom:   1, 17th Floor |

Plaintiff Nebraska Investment Council ("Plaintiff") and Defendants Okta, Inc., Todd McKinnon, Brett Tighe, and Frederic Kerrest (collectively, "Defendants") hereby stipulate as follows:

WHEREAS, on April 28, 2023, the Court held a Case Management Conference and set deadlines for briefing and a hearing date on Plaintiff's anticipated motion for class certification (ECF No. 80);

WHEREAS, on August 18, 2023, Plaintiff filed its Motion for Class Certification and Appointment of Class Representative and Class Counsel (ECF No. 91) ("Class Certification Motion");

WHEREAS, Defendants have served document requests and a Rule 30(b)(6) deposition notice on Plaintiff and sent document and testimony subpoenas to its two identified investment managers, Hamilton Lane Advisors and Trinity Ventures XII, L.P., seeking evidence relevant to Defendants' assessment of Plaintiff's Class Certification Motion;

WHEREAS, since August 30, 2023, the Parties have been engaged in discussions about the timing of Plaintiff's production of documents in response to Defendants' request for documents and the scheduling of Plaintiff's deposition in light thereof, as well as other discovery issues related to Plaintiff's investment advisor, Hamilton Lane Advisors, and the venture capital fund, Trinity Ventures XII, L.P.;

WHEREAS, Defendants' current deadline to oppose Plaintiff's Class Certification Motion is October 2, 2023 (ECF No. 80);

WHEREAS, the Parties have agreed to an extension of the briefing schedule for the Class Certification Motion to permit Defendants additional time to take discovery from Plaintiff, Hamilton Lane Advisors and Trinity Ventures XII, L.P.;

WHEREAS, this is the Parties' first request for a deadline extension; and

WHEREAS, in the event that additional extensions are necessary to permit Defendants to take discovery from Plaintiff and its investment managers, the Parties agree to work in good faith to propose new briefing deadlines;

Accordingly, the Parties hereby stipulate, subject to the Court's approval, that:

1.  Defendants shall file any opposition to Plaintiff's Class Certification Motion on or before November 3, 2023;

2.   Plaintiff shall file any response in support of its Class Certification Motion on or before December 18, 2023; and

3.   The hearing on the Class Certification Motion shall be rescheduled from December 15, 2023, to a to-be-determined date subject to the Court's availability.

IT IS SO STIPULATED.

Dated: September 22, 2023

**GIBSON, DUNN & CRUTCHER LLP**

By: _/s/ Brian M. Lutz_
Brian M. Lutz

*Counsel for Defendants Okta, Inc., Todd McKinnon, Brett Tighe, and Frederic Kerrest*

Dated: September 22, 2023

**LABATON SUCHAROW LLP**

By: _/s/ Michael P. Canty_
Michael P. Canty

*Counsel for Lead Plaintiff*

\*   \*   \*

### ECF ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest that the concurrence in the filing of this document has been obtained from all other signatories.

Dated: September 22, 2023

_/s/ Brian M. Lutz_
Brian M. Lutz

3
STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:22-CV-02990-SI

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED *AS AMENDED BY THE COURT AS FOLLOWS:*

Defendants' Opposition is due:  November 3, 2023;

Plaintiff's Reply is due:  December 1, 2023;

Motion Hearing on Class Certification shall be held December 21, 2023 at 11:00 a.m. by Zoom webinar.

Dated:  September 27, 2023

_____
Hon. Susan Illston
United States District Judge