Michael P. Canty (*pro hac vice*)
James T. Christie (*pro hac vice*)
Nicholas Manningham (*pro hac vice*)

**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: mcanty@labaton.com
jchristie@labaton.com
nmanningham@labaton.com

*Attorneys for Lead Plaintiff and the Class*

James M. Wagstaffe (#95535)
Frank Busch (#258288)

**WAGSTAFFE, VON LOEWENFELDT,
BUSCH & RADWICK, LLP**
100 Pine Street, Suite 2250
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 371-0500
Email: wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE OKTA, INC. SECURITIES LITIGATION | Case No.: 3:22-cv-02990-SI <br><br> **LEAD PLAINTIFF'S NOTICE OF ERRATA** <br><br> CLASS ACTION |

During the course of discovery in this action Lead Counsel obtained information that Exhibit A to Lead Plaintiff Nebraska Investment Council's two previously-filed PSLRA Certifications—(1) the Exhibit A to the Declaration of James M. Wagstaffe in Support to the Motion of the Nebraska Investment Council for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (ECF No. 14-2) (the "First PSLRA Certification"); and (2) the Exhibit A to the Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 48-1) (the "Second PSLRA Certification")—contained errors and should read "Purchases and/or Acquisitions" instead of "Purchases."

Attached as Exhibit 1 is the Amended Exhibit A to the First PSLRA Certification.  Attached as Exhibit 2 is the Amended Exhibit A for the Second PSLRA Certification.

Dated: November 1, 2023                    Respectfully submitted,


                                           **LABATON SUCHAROW LLP**

                                           */s/Michael P. Canty*
                                           Michael P. Canty (*pro hac vice*)
                                           James T. Christie (*pro hac vice*)
                                           Nicholas Manningham (*pro hac vice*)
                                           140 Broadway
                                           New York, New York 10005
                                           Telephone: (212) 907-0700
                                           Facsimile: (212) 818-0477
                                           Email: mcanty@labaton.com
                                                   jchristie@labaton.com
                                                   nmanningham@labaton.com

                                           *Attorneys for Lead Plaintiff and the Class*

                                           **WAGSTAFFE, VON LOEWENFELDT, BUSCH &
                                           RADWICK, LLP**
                                           James M. Wagstaffe (#95535)
                                           Frank Busch (#258288)
                                           100 Pine Street, Suite 2250
                                           San Francisco, California 94111
                                           Telephone: (415) 357-8900
                                           Facsimile: (415) 371-0500
                                           Email: wagstaffe@wvbrlaw.com
                                                   busch@wvbrlaw.com

                                           *Liaison Counsel for the Class*

LEAD PLAINTIFF'S NOTICE OF ERRATA
CASE NO: 3:22-CV-02290-SI