# EXHIBIT 1

**EXHIBIT A**

**TRANSACTIONS IN OKTA, INC.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchases and/or Acquisitions | 5/10/2021 | 7,328 | $242.74 | ($1,778,798.72) |
| Sales | 5/24/2021 | -7,328 | $241.51 | $1,769,807.26 |
| Purchases and/or Acquisitions | 6/9/2021 | 6,715 | $214.71 | ($1,441,777.65) |
| Purchases and/or Acquisitions | 7/20/2021 | 6,788 | $246.87 | ($1,675,753.56) |
| Purchases and/or Acquisitions | 8/16/2021 | 2,822 | $245.59 | ($693,054.98) |
| Purchases and/or Acquisitions | 11/17/2021 | 1,612 | $260.60 | ($420,087.20) |