# EXHIBIT 2

**EXHIBIT A**

**TRANSACTIONS IN OKTA, INC.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
| --- | --- | --- | --- | --- |
| Purchases and/or Acquisitions | 11/17/2021 | 1,612 | $260.60 | ($420,087.20) |
| Purchases and/or Acquisitions | 6/10/2022 | 3,308 | $98.05 | ($324,349.40) |