| | |
|---|---|
| Michael P. Canty (*pro hac vice*)<br>James T. Christie (*pro hac vice*)<br>Nicholas Manningham (*pro hac vice*)<br><br>**LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, New York 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>Email: mcanty@labaton.com<br>jchristie@labaton.com<br>nmanningham@labaton.com<br><br>*Attorneys for Lead Plaintiff and the Class* | James M. Wagstaffe (#95535)<br>Frank Busch (#258288)<br><br>**WAGSTAFFE, VON LOEWENFELDT,<br>BUSCH & RADWICK, LLP**<br>100 Pine Street, Suite 2250<br>San Francisco, California 94111<br>Telephone: (415) 357-8900<br>Facsimile: (415) 371-0500<br>Email: wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com<br><br>*Liaison Counsel for the Class* |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OKTA, INC. SECURITIES LITIGATION | Case No.: 3:22-cv-02990-SI<br><br>**DECLARATION OF MICHAEL P. CANTY IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** |

I, Michael P. Canty, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at Labaton Sucharow LLP, Lead Counsel for Lead Plaintiff Nebraska Investment Council and Additional Plaintiff North Carolina Retirement Systems ("Plaintiffs") in the above-captioned action. I respectfully submit this declaration in support of Plaintiffs' Renewed Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2. Attached as Exhibit A is a true and correct copy of the Expert Report of Chad Coffman, CFA (the "Coffman Report").

3. Attached as Exhibit B is a true and correct copy of the Declaration of Michael Walden-Newman in support of the Plaintiffs' Renewed Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

4. Attached as Exhibit C is a true and correct copy of the Declaration of Benjamin Garner in support of Plaintiffs' Renewed Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

5. Attached hereto as Exhibit D is a true and correct copy of Labaton Sucharow LLP's Firm Resume.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of November, 2023.

/s/ Michael P. Canty
Michael P. Canty