BRIAN M. LUTZ, SBN 255976
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:    415.393.8200

JASON J. MENDRO, SBN 220842
  jmendro@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:    202.955.8500

JEFFREY D. LOMBARD, SBN 285371
  jlombard@gibsondunn.com
WESLEY SZE, SBN 306715
  wsze@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
Telephone:    650.849.5300

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OKTA, INC. SECURITIES LITIGATION | CASE NO. 3:22-cv-02990-SI<br><br>**DEFENDANTS' NOTICE OF NON-OPPOSITION IN RESPONSE TO PLAINTIFFS' NOTICE OF MOTION AND RENEWED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>**HEARING:**<br>Date:         March 29, 2024<br>Time:        10:00 a.m.<br>Judge:       Hon. Susan Illston<br>Courtroom:  1, 17th Floor |

Gibson, Dunn &
Crutcher LLP

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 7-3, Defendants Okta, Inc., Todd McKinnon, Brett Tighe, and Frederic Kerrest hereby provide notice of their non-opposition to Plaintiffs' Notice of Motion and Renewed Motion for Class Certification and Appointment of Class Representatives and Class Counsel filed on November 1, 2023 (the "Motion"). *See* ECF No. 97. Defendants do not oppose entry of Plaintiffs' proposed order. *See* ECF No. 97-6.

Defendants' non-opposition to the Motion is not, and should not be construed as, an admission or agreement with the facts or arguments set forth in the Motion. Defendants reserve all rights, arguments, and defenses.

Dated: January 17, 2024

GIBSON, DUNN & CRUTCHER LLP

By:    *    /s/ Brian M. Lutz    *
                Brian M. Lutz

*Attorneys for Defendants Okta, Inc., Todd McKinnon, Brett Tighe, and Frederic Kerrest*