UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OKTA, INC. SECURITIES LITIGATION | Case No. 22-cv-02990-SI<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>Re: Dkt. No. 97 |

On November 1, 2023, Lead Plaintiff Nebraska Investment Council and Additional Plaintiff North Carolina Retirement Systems ("Plaintiffs") filed a Renewed Motion for Class Certification and Appointment of Class Representatives and Class Counsel (the "Motion"). Dkt. No. 97.

A hearing on the motion is set for March 29, 2024. Defendants have filed a notice of non-opposition and do not object to entry of plaintiffs' proposed order. Dkt. No. 102. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument and VACATES the hearing.

The Court, having fully reviewed and considered all papers and arguments submitted in support of and in opposition to the Motion, and finding good cause for the Motion, orders as follows:

IT IS HEREBY ORDERED that:

(1) Plaintiffs' Motion for Class Certification is GRANTED;

(2) The Class is certified pursuant to Rule 23(a) and 23(b)(3);

(3) Plaintiffs are appointed as Class Representatives; and

(4)   Labaton Sucharow LLP is appointed as Class Counsel.[1]

**IT IS SO ORDERED**.

Dated: February 5, 2024

SUSAN ILLSTON
United States District Judge

---

[1] James M. Wagstaffe of Adamski Moroski Madden Cumberland & Green LLP will remain in the role of liaison counsel.