**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** July 19, 2024 | **Time:** 10:01 – 10:10 9 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 22-cv-02990-SI | **Case Name:** In Re Okta, Inc. Securities Litigation | |

**Attorney for Plaintiff:** Michael Canty, James Christie, Nicole Zeiss
**Attorney for Defendant:** Brian Lutz, Jeff Lombard

**Deputy Clerk:** Esther Chung                    **Court Reporter:** Kendra Steppler

**PROCEEDINGS**

Motion for Preliminary Approval of Class Action Settlement (Dkt. 119) – Held via Zoom webinar.

**SUMMARY**

The Court provided its tentative ruling and questioned the parties concerning the Motion. The Court notified the parties that it would like the claims information at the final hearing.

The Court also confirmed that the final hearing will be by Zoom. The schedule provided was left blank. The Court instructed the parties to meet and confer and provide a completed schedule with a hearing date of November 8, 2024.