**LABATON KELLER SUCHAROW LLP**
MICHAEL P. CANTY (*pro hac vice*)
  mcanty@labaton.com
JAMES T. CHRISTIE (*pro hac vice*)
  jchristie@labaton.com
NICHOLAS MANNINGHAM (*pro hac vice*)
  nmanningham@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700

**ADAMSKI MOROSKI MADDEN
CUMBERLAND & GREEN LLP**
JAMES M. WAGSTAFFE, SBN 95535
  wagstaffe@wvbrlaw.com
Mailing Address: Post Office Box 3835
San Luis Obispo, CA 93403-3835
Physical Address: 6633 Bay Laurel Place
Avila Beach, CA 93424
Telephone: (805) 543-0990

*Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OKTA, INC. SECURITIES LITIGATION | CASE NO. 3:22-cv-02990-SI<br><br>**[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION** |

THIS MATTER having come before the Court for a hearing on November 8, 2024, on the motion of Nebraska Investment Council and North Carolina Retirement Systems, on behalf of themselves and the other members of the certified Class, for final approval of the proposed Settlement of the Action and approval of the proposed Plan of Allocation for the proceeds of the Settlement; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.    This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated May 28, 2024 (the "Stipulation"), and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2.    Pursuant to and in accordance with Rule 23 of the Federal Rules of Civil Procedure, this Court finds and concludes that due and adequate notice was directed to Persons who are Class Members who could be identified with reasonable effort, advising them of the proposed Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Persons who are Class Members to be heard with respect to the Plan of Allocation.

3.    There were no objections to the Plan of Allocation.

4.    The Court finds and concludes that the Plan of Allocation for the calculation of the claims of Claimants that is set forth in the Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses (the "Notice") disseminated to Class Members, provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Class Members.

5.    The Court finds and concludes that the Plan of Allocation, as set forth in the Notice, is fair, reasonable, and adequate and the Court approves the Plan of Allocation.

SO ORDERED this _____ day of _____ 2024.

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION
CASE NO. 3:22-CV-02990-SI                                    2