**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** November 8, 2024 | **Time:** 11:10 – 11:21 11 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 22-cv-02990-SI | **Case Name:** In Re Okta, Inc. Securities Litigation | |

**Attorney for Plaintiff:** Michael Canty, James Christie, James Wagstaffe
**Attorney for Defendant:** Brian Lutz

**Deputy Clerk:** Esther Chung                              **Court Reporter:** Stephen Franklin

**PROCEEDINGS**

Motion for Attorneys' Fees (Dkt. 127), Motion for Final Approval of Class Action Settlement (Dkt. 126) – Held.

**SUMMARY**

The Court provided its tentative ruling and questioned the parties concerning the terms. The Court requested an updated report regarding the opt-outs. The Court questioned the parties concerning the rejected claims. The Motions were taken under submission.