**LABATON KELLER SUCHAROW LLP**
MICHAEL P. CANTY (*pro hac vice*)
  mcanty@labaton.com
JAMES T. CHRISTIE (*pro hac vice*)
  jchristie@labaton.com
NICHOLAS MANNINGHAM (*pro hac vice*)
  nmanningham@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700

**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
JAMES M. WAGSTAFFE, SBN 95535
  wagstaffe@wvbrlaw.com
Mailing Address: Post Office Box 3835
San Luis Obispo, CA 93403-3835
Physical Address: 6633 Bay Laurel Place
Avila Beach, CA 93424
Telephone: (805) 543-0990

*Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OKTA, INC. SECURITIES LITIGATION | CASE NO. 3:22-cv-02990-SI<br><br>[PROPOSED] **ORDER REGARDING SUBMISSION OF POST-DISTRIBUTION ACCOUNTING** |

THIS MATTER having come before the Court for a hearing on November 8, 2024, on the motion of Nebraska Investment Council and North Carolina Retirement Systems ("Class Representatives"), on behalf of themselves and the other members of the certified Class, for final approval of the proposed Settlement of the Action and approval of the proposed Plan of Allocation for the proceeds of the Settlement; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Consistent with the Northern District of California's Procedural Guidance for Class Action Settlements, Class Representatives shall file a Post-Distribution Accounting concerning the Settlement and its claim process on or before September 19, 2025.

SO ORDERED this __19th__ day of __November__ 2024.

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE